# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| BRENT ELLIS <br>     PLAINTIFF <br><br> V. <br><br> UNION PACIFIC RAILWAY COMPANY <br>     DEFENDANT | CASE NO. 4:19CV00583 SWW |

## ORDER

Before the Court is the parties' joint motion to dismiss [ECF No. 29], stating that they have settled this dispute and requesting that the case be dismissed with prejudice.

IT IS THEREFORE ORDERED that the joint motion to dismiss [ECF No. 29] is GRANTED. This action is DISMISSED WITH PREJUDICE, with each side to bear its own costs.

IT IS SO ORDERED THIS 27th DAY OF OCTOBER, 2020.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE